UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   EDCV 21-1264-JVS (KS)                                         Date: August 19, 2021

Title       *Jerome Heggins Renee v. Chino State Prison Fac., et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On July 28, 2021, Plaintiff, a California prisoner proceeding *pro se*, filed a civil rights complaint against his prison facility and various prison medical staff.  (Dkt. No. 1 (the "Complaint").)  Plaintiff also filed a request to proceed *in forma pauperis*. (Dkt. No. 2.)  That same day, the Court notified Plaintiff that his prison was a participant in a pilot project that required all documents filed with the Court to be submitted by electronic mail.  (Dkt. No. 3.)  Accordingly, the Court instructed Plaintiff to re-submit his Complaint electronically by scanning an exact copy of the Complaint he previously mailed to the Court.  (*Id.*)  On August 10, 2021, Plaintiff filed an Inmate Trust State Report in support of his application to proceed *in forma pauperis*.  (Dkt. No. 6.)

More than three weeks have now passed since the Court notified Plaintiff that he was required to electronically file his Complaint.  To date, Plaintiff has not electronically filed his Complaint, a request for an extension of time to do so, or a Notice of Voluntary Dismissal. Rule 41(b) of the Federal Rules of Civil Procedure states that an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."  Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's prior orders.

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before September 2, 2021**, why the Court should not recommend that this action be dismissed for failure to prosecute.  Plaintiff may discharge this Order by filing:  (1) a request for an extension of time to electronically file his Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's prior order; or (2) his

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 21-1264-JVS (KS)                                               Date: August 19, 2021

Title      *Jerome Heggins Renee v. Chino State Prison Fac., et al.*

Complaint via electronic mail, correcting the deficiencies identified by the Court on July 28, 2021 (*see* Dkt. No. 3). Alternatively, if Plaintiff does not wish to pursue this action, he may dismiss the Complaint without prejudice by filing a signed document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a).

**Plaintiff is advised that the failure to respond to this order will result in a recommendation of dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

**IT IS SO ORDERED.**

                                                                                          :
                                                                **Initials of Preparer**   gr