2UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 21-1264 JVS (KS)                                                     Date: October 12, 2021

Title   *Jerome Heggins Renee v. Chino State Prison Fac. et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:                        Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On July 28, 2021, Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint alleging deliberate indifference to his serious medical needs against Chino State Prison and four unnamed medical professionals presumably employed by the California Department of Corrections and Rehabilitation. (Dkt. No. 1.) Plaintiff did not pay the filing fee but instead submitted a request to proceed *in forma pauperis* ("IFP"). (Dkt. No. 2.)

On August 20, 2021, the District Judge found that Plaintiff made an "[i]nadequate showing of indigency," and that his "Inmate Trust Statement reflects an average balance well in excess of the total filing fee for the past six months." The Court denied Plaintiff's IFP request and expressly ordered Plaintiff to "PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed." (Dkt. No. 8.)

On September 2, 2021, Plaintiff attempted to electronically file his Complaint, as previously ordered by the Court, but he again did not pay the filing fee. (Dkt. No. 5.) He has initiated no further contact with the Court.

Nearly a month has passed since Plaintiff's September 20, 2021 deadline to pay the filing fee. To date, Plaintiff has not done so despite a Court order expressly warning him that the case would be dismissed by September 20, 2021 if he failed to remit the fee. Moreover, Plaintiff has had almost two months – the time that elapsed since his IFP request was denied – to pay the filing fee or seek an extension of time to do so. Instead, Plaintiff has not responded to the Court's August 20, 2021 Order. Accordingly, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than November 2, 2021, why the action should not be dismissed.**

2UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   EDCV 21-1264 JVS (KS)                                                      Date: October 12, 2021

Title    *Jerome Heggins Renee v. Chino State Prison Fac. et al.*

     To discharge this Order and proceed with his case, Plaintiff must pay the $400 filing fee in full before the extended November 2, 2021 deadline. Plaintiff's failure to timely comply with this Order will result in a recommendation of dismissal of this case. The Court does not anticipate granting any further extensions of time to pay the filing fee absent a clear showing of extraordinary circumstances.

     **IT IS SO ORDERED**.

                                                                                                **Initials of Preparer**   gr