UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  ED CV 21-1264-JVS (KS)                                    Date: January 31, 2022

Title     *Jerome Heggins Renee v. Chino State Prison Fac. et al.*

Present: The Honorable:    Karen L. Stevenson, United States Magistrate Judge

          Gay Roberson                                              N/A
          Deputy Clerk                                    Court Reporter / Recorder

    Attorneys Present for Plaintiff: N/A          Attorneys Present for Defendants: N/A

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On July 28, 2021, Plaintiff, a California inmate proceeding *pro se*, filed a civil rights complaint alleging deliberate indifference to his serious medical needs against Chino State Prison and four unnamed medical professionals presumably employed by the California Department of Corrections and Rehabilitation ("Complaint"). (Dkt. No. 1.)

That same day, the Court notified Plaintiff that his prison was a participant in a pilot project that required all documents filed with the Court to be submitted by electronic mail. (Dkt. No. 3.) Accordingly, the Court directed Plaintiff, with specific instructions, to re-submit his Complaint electronically. (*Id.*) After Plaintiff failed to do so, the Court issued an Order to Show Cause ("OSC") why the Court should not recommend that this action be dismissed for failure to prosecute. On September 2, 2021, Plaintiff submitted his Complaint electronically, effectively discharging the first OSC. (Dkt. No. 9.)

In the interim, on August 20, 2021, the presiding District Judge denied Plaintiff's request to proceed without prepayment of filing fees due to an inadequate showing of indigency. Plaintiff was ordered to pay the filing fee in full within 30 days. (Dkt. No. 8.) Plaintiff failed to respond. The Court then issued a second OSC giving Plaintiff additional time to pay the fee but warning him that the case would be dismissed if he failed to do so. (Dkt. No. 10.) On November 15, 2021, nearly three months after the Court first ordered Petitioner to pay his filing fee, he did so. (Dkt. No. 11.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 21-1264-JVS (KS)                                                        Date: January 31, 2022

Title   <u>Jerome Heggins Renee v. Chino State Prison Fac. et al.</u>

On December 7, 2021, the Court dismissed the Complaint for failure to state a claim and other pleading deficiencies. (Dkt. No. 12.) The Court directed Plaintiff to file his First Amended Complaint—or a notice of voluntary dismissal—within 30 days, *i.e.*, no later than January 6, 2022. (*Id.*) More than three weeks have passed since Plaintiff's deadline for filing a First Amended Complaint correcting the defects identified by the Court, but, to date, Plaintiff has not filed a First Amended Complaint, requested an extension of time to do so, or communicated with the Court about his case.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's December 7, 2021 Order.

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before February 21, 2022**, why the Court should not recommend that this action be dismissed for failure to prosecute. Plaintiff may discharge this Order by filing <u>one</u> of the following:

(1) a First Amended Complaint correcting the defects identified in the Court's December 7, 2021 Order; <u>or</u>

(2) a request for an extension of time to file a First Amended Complaint. **As this is the court's *third* OSC based on Plaintiff's failures to prosecute this case and comply with this Court's orders, Plaintiff must make a clear and adequate showing of good cause for any additional extension of time.**

Alternatively, if Plaintiff does not wish to pursue this action, he may dismiss the Complaint without prejudice by filing a signed document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  CV 21-1264-JVS (KS)　　　　　　　　　　　　Date: January 31, 2022

Title  <u>Jerome Heggins Renee v. Chino State Prison Fac. et al.</u>

**<u>PLAINTIFF IS ADVISED THAT THE FAILURE TO TIMELY COMPLY WITH THIS ORDER WILL RESULT IN A RECOMMENDATION OF DISMISSAL PURSUANT TO RULE 41(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE.</u>**

The Clerk is directed to send Plaintiff a copy of the Court's December 7, 2021 Order (Dkt. No. 13) and the Central District's standard civil rights complaint form.

**IT IS SO ORDERED.**

**Initials of Preparer**　gr