# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME HEGGINS RENEE,<br>　　　　Plaintiff,<br>　v.<br>CHINO STATE PRISON FAC., et al.,<br>　　　　Defendants. | NO. EDCV 21-01264 JVS (KS)<br><br>JUDGMENT |

　　Pursuant to the Court's Order Dismissing Complaint Without Prejudice, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:　March 21, 2022

　　　　　　　　　　　　　　　　　　　　　　　／s／ James V. Selna
　　　　　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE